O

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                    LAREDO DIVISION
JOSE GARCIA BRISENO,              §
                                  §
     Petitioner,                  §
                                  §
VS.                               §   CIVIL ACTION NO. L-05-08
                                  §
DOUGLAS DRETKE,                   §
TEXAS DEPARTMENT OF CRIMINAL      §
JUSTICE, CORRECTIONAL             §
INSTITUTIONS DIVISION,            §
                                  §
     Respondent.                  §
```

## FINAL JUDGMENT

In accordance with this Court's Memorandum and Order of even date, this Court DENIES Jose Garcia-Briseno's petition for a writ of habeas corpus and DISMISSES this case WITH PREJUDICE. The Court issues a Certificate of Appealability only on Briseno's <u>Atkins</u> claim.

DONE at Laredo, Texas, this 29th day of March, 2007.

_George P. Kazen_
_____
George P. Kazen
United States District Judge